USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

                                                      07 cr 892 (JGK)

      -against-

                                                      **ORDER**

CARLOS CUEVAS, et al.,

              Defendant.
-----------------------------------------------------------X

      It is hereby order that Peggy Cross of the Federal Defenders is hereby relieved as counsel for the defendants James Yoon, Thomas Butler and Shawn Armstrong. The Criminal Justice Act attorneys shall be assigned, for all purposes, to represent the above-named defendants as follows:

      Edgardo Ramos, Esq. for the defendant James Yoon

      Carlos Martir, Jr., Esq. for the defendant Thomas Butler.

      Martin J. Siegel, Esq. for the defendant Shawn Armstrong.

**SO ORDERED.**

                                                    JOHN G. KOELTL
                                                    UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         September 25, 2007